IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHALMERS WRAY                                                     PLAINTIFF

              v.                      Civil No. 09-6071

DR. LIGGETT; NURSE OWENS;
VALERIE S. STEVENS, Health Service
Administrator; and DREAM YOUNG,
Mental Health Supervisor                                         DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff, Chalmers Wray, filed this action pursuant to the provisions of 42 U.S.C. § 1983. He proceeded *pro se* and *in forma pauperis.*

Plaintiff was incarcerated in the Wrightsville Unit of the Arkansas Department of Correction. On March 25, 2010, a suggestion of death (Doc. 39) was filed by the Defendants. Attached to the suggestion of death is a letter from Garland L. Camper, the Coroner of Pulaski County, Arkansas, indicating that Plaintiff died on March 17, 2010, in Little Rock, Arkansas, and that the Coroner's office is conducting an investigation into the death. All mail sent to the Plaintiff has been returned as undeliverable. No other address appears in the Court record.

I therefore recommend that the case be dismissed without prejudice to the right of the Plaintiff's representative or heirs to file a motion to be substituted as Plaintiffs and to re-open the case.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties**

-1-

**are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 9th day of April 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE